✎ PS 8
(3/15)

Case 2:23-cr-00004-RMP   ECF No. 72   filed 04/17/23   PageID.202   Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 17, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Prach, Alena Vyacheslavovna | Docket No. | 0980 2:23CR00004-RMP-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Emely Cubias, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Alena Vyacheslavovna Prach, who was placed under pretrial release supervision by the Honorable James A. Goeke sitting in the court on the 13th day of April 2023, under the following conditions:

**Additional Special Condition #12:** Inpatient Treatment: Defendant shall immediately enter into and successfully complete an inpatient treatment program at the inpatient facility at Good Samaritan Rehabilitation. Pretrial Services will monitor Defendant while in treatment. Defendant shall comply with all directives of the U.S. Probation Officer. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Ms. Prach is alleged to have violated additional special condition number 12, by failing to immediately enter and complete residential treatment as directed by the Court on or about April 14, 2023.

On April 14, 2023, this officer contacted Good Samaritan Rehabilitation Center to inquire whether Ms. Prach had entered the program. They advised she had not. Ms. Prach was contacted and advised she was at her grandmother's residence. She was given until 4 p.m. to report to the treatment facility. She did not report at 4 p.m., and was later turned away from the facility. It should be noted, according to staff at the treatment facility, Ms. Prach was transported by her alleged boyfriend and not her mother.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  |  | Executed on:   April 17, 2023 |
|  | by | s/Emely Cubias |
|  |  | Emely Cubias<br>U.S. Pretrial Services Officer |

Case 2:23-cr-00004-RMP   ECF No. 72   filed 04/17/23   PageID.203   Page 2 of 2

Prach, Alena Vyacheslavovna
April 17, 2023
Page 2

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

4/17/23
Date